IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CALVIN LAME BULL JUNEAU,<br><br>Defendant. | CR-22-43-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 16, 2024. (Doc. 106.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 15, 2024. (Doc. 101.) The United States accused Calvin Juneau (Juneau) of violating his

conditions of supervised by: (1) failing to successfully complete a program of substance abuse treatment by leaving Crystal Creek Lodge, an in-patient substance abuse treatment facility on June 23, 2024; (2) failing to live in a place approved by his probation officer by advising his probation officer that he planned to return to Crystal Creek Lodge to be re-admitted on June 24, 2024 and failed to do so. Between June 25, 2024, and September 26, 2024, Juneau's whereabouts were unknown. (Doc. 98.)

At the revocation hearings Juneau admitted to having violated the conditions of his supervised release by: (1) failing to successfully complete a program of substance abuse treatment by leaving Crystal Creek Lodge, an in-patient substance abuse treatment facility, on June 23, 2024; and (2) failing to live in a place approved by his probation officer by advising his probation officer that he planned to return to Crystal Creek Lodge to be re-admitted on June 24, 2024 and failed to do so. Between June 25, 2024, and September 26, 2024.  (Doc. 101.)

Judge Johnston found that the violations Juneau admitted prove serious and warrants revocation of his supervised release and recommends a sentence to custody for a term of 2 months, with said term beginning on September 26, 2024, followed by 34 months of supervised release. During the first sixty (60) days of Juneau's supervised release, he shall be placed at a secure in-patient substance

abuse treatment facility such as Connections Corrections. (Doc. 106.) The Boy was advised of the 14 day objection period and his right to allocute before the undersigned. (Doc. 101.) The violations prove serious and warrants revocation of The Boy's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 106.) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Calvin Lame Bull Juneau be sentenced to custody for a term of 2 months, with said term beginning on September 26, 2024, followed by 34 months of supervised release. During the first sixty (60) days of Juneau's supervised release, he shall be placed at a secure in-patient substance abuse treatment facility such as Connections Corrections.

DATED this 4th day of November, 2024.

_____
Brian Morris, Chief District Judge
United States District Court