**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-22-43-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| CALVIN LAME BULL JUNEAU, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on February 12, 2025. (Doc. 112.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on February 12, 2025. (Doc. 113.) The United States accused Calvin Juneau (Juneau) of violating the

conditions of his supervised release by failing to report for in-patient substance aabuse treatment with his whereabouts unknown as of December 3, 2024. (Doc. 110.)

At the revocation hearing, Juneau admitted he had violated the conditions of his supervised release by failing to report for in-patient substance aabuse treatment with his whereabouts unknown as of December 3, 2024. (Doc. 113.)

Judge Johnston found that the violations Juneau admitted prove serious and warrants revocation of Juneau's supervised release and recommends a term of custody of 4 months with 30 months of supervised release to follow, with the first 60 days of supervised release spent in a secure in-patient substance abuse treatment facility such as Connections Corrections. Judge Johnston also recommended after successful completion of the in-patient treatment, Juneau shall be placed in a residential re-entry program for 180 days at the discretion of his probation officer.  (Doc.180.)

The violation proves serious and warrants revocation of Juneau's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 112) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Calvin Lame Bull Juneau be sentenced to a term of custody of 4

months with 30 months of supervised release to follow, with the first 60 days of

supervised release spent in a secure in-patient substance abuse treatment facility

such as Connections Corrections. After successful completion of the in-patient

treatment, Juneau shall be placed in a residential re-entry program for 180 days at

the discretion of his probation officer.

DATED this 13th day of February 2025.

Brian Morris, Chief District Judge
United States District Court