# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br><br>CALVIN LAME BULL JUNEAU,<br><br>　　　　　　Defendant. | CR-22-43-GF-BMM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 15, 2025. (Doc. 129.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on October 14, 2025 (Doc. 125.) The United States accused Calvin Lame Bull Juneau (Juneau) of violating the conditions of his supervised release by: (1) failing to report to his probation offier as directed on July 28, 2025, with his whereabouts unknown as of that time. (Doc. 123.)

At the revocation hearing, Juneau admitted he had violated the terms of his supervised release as set forth in the Petition. Juneau was advised of his right to appeal and allocute before the undersigned and waived those rights. (Doc. 125.)

Judge Johnston found that violation Juneau admitted proves serious and warrants revocation of his supervised release and recommends a term of custody of 10 months with no supervised release to follow. (Doc. 129.)

The violation proves serious and warrant revocation of Juneau's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 129) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Calvin Lame Bull Juneau be sentenced for a term of custody for 10 months, with no supervised release to follow.

DATED this 14th day of October 2025.

Brian Morris, Chief District Judge
United States District Courts